1  LAWRENCE J. GORNICK (SBN 136290)
   EMILY M. CHARLEY (SBN 238542)
2  **LEVIN SIMES KAISER & GORNICK LLP**
   One Bush Street, 14th Floor
3  San Francisco, CA  94104
   Telephone:  415-646-7160
4  Facsimile:  415-981-1270
5
   Attorneys for Plaintiffs
6

7

8                 UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10

11
   DOROTHY McGEE, individually and as the      )  CASE NO.  C 06 0641 JSW
12 Personal Representative of the estate of LEO )
   McGEE ("Decedent"), DOUGLAS McGEE,          )  Before the Honorable Jeffrey S. White
13 MICHAEL McGEE, DEBRA McGEE,                  )
   BRENDA McGEE, DAVID McGEE,                   )  [~~PROPOSED~~] ORDER VACATING
14 RHONDA McGEE and PATRICIA McGEE,             )  AND/OR CONTINUING CASE
                                                )  **MANAGEMENT CONFERENCE**
15                                              )
                       Plaintiffs,              )
16                                              )  Conference Date:     May 12, 2006
              v.                                )  Conference Time:     1:30 p.m.
17                                              )  Location:            Courtroom 2, 17th Floor
                                                )                       San Francisco
18 ASTRAZENECA PHARMACEUTICALS,                 )
   L.P., ASTRAZENECA, L.P., AND ELI LILLY       )
19 AND COMPANY,                                 )
                                                )
20                     Defendants.              )
                                                )
21

22        For the reasons set forth in Plaintiffs' Case Management Conference Statement, the Court

23 hereby continues the May 12, 2006 Case Management Conference ("CMC") to

24 October 13, 2006       , at  1:30 p.m.  .  In the event the case is not transferred as part of the MDL
   _____       _____
25
   No. 1769 – *In re Seroquel Products Liability Litigation* and/or as part of MDL No. 1596 – *In re*
26

27

28

1    *Zyprexa Liability Litigation,* far enough in advance of the new CMC date, the parties shall file a Joint

2    CMC Statement at least 7 calendar days before the CMC, pursuant to this Court's Standing Order.

3      Plaintiffs are HEREBY ORDERED to serve Defendants within 120 days of the date of this order.

       **IT IS SO ORDERED.**

4

   DATED:   May 3, 2006           _____

5                                  Honorable Jeffrey S. White

6                                  United States District Court Judge

7                                  by the Honorable Martin J. Jenkins

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

   [PROPOSED]  ORDER