1  James M. Wood (State Bar No. 58679)
   Colleen T. Davies (State Bar No. 111371)
2  Dana M. Reedy (State Bar No. 239970)
   REED SMITH LLP
3  1999 Harrison Street, Suite 2400
   Oakland, CA  94612-3572
4  Email: jmwood@reedsmith.com
           cdavies@reedsmith.com
5          dreedy@reedsmith.com

6  **Mailing Address:**
   P.O. Box 2084
7  Oakland, CA  94604-2084

8  Telephone:    510.763.2000
   Facsimile:    510.273.8832
9
   Attorneys for Defendant
10 Eli Lilly and Company, a corporation

                    UNITED STATES DISTRICT COURT

                    NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOROTHY MCGEE, individually and as the Personal Representative of the estate of LEO MCGEE ("Decedent"), DOUGLAS MCGEE, MICHAEL MCGEE, DEBRA MCGEE, BRENDA MCGEE, DAVID MCGEE, RHONDA MCGEE, and PATRICIA MCGEE, <br><br> Plaintiffs, <br><br> vs. <br><br> ASTRAZENECA PHARMACEUTICALS, L.P., ASTRAZENECA, L.P., AND ELI LILLY AND COMPANY <br><br> Defendants. | No. C 06-0641 JSW <br><br> Before the Honorable Jeffrey S. White <br><br> [PROPOSED] ORDER VACATING ~~AND/OR CONTINUING CASE~~ MANAGEMENT CONFERENCE <br><br> Conference Date:  October 13, 2006 <br> Conference Time:  1:30 p.m. <br> Location:  Courtroom 2, 17th Fl., SF |

No.: C 06 0641 JSW                    – 1 –                    DOCSOAK-9847917.1-DREEDY
~~[Proposed] Order Continuing Case Management Conference~~

For the reasons set forth in the Joint Case Management Conference Statement, the Court hereby ~~continues~~ VACATES the October 13, 2006, Case Management Conference ("CMC") ~~to _____, at _____, by which time this case will likely have been transferred to the Eastern District of New York as part of MDL No. 1596 – In re Zyprexa Liability Litigation.~~ In the event this case is not transferred to the MDL ~~far enough in advance of the new CMC date, the parties shall file a Joint CMC Statement at least 7 calendar days before the new CMC date.~~ the parties shall file a joint request to have the matter put back on the Court's calendar.

IT IS SO ORDERED

DATED: October 4, 2006

_____
The Honorable Jeffrey S. White

No.: C 06 0641 JSW

– 2 –

~~[Proposed] Order Continuing Case Management Conference~~

DOCSOAK-9847917.1-DREEDY